APPEAL,CLOSED,STANDARD

# U.S. District Court
# District of Maine (Bangor)
# CIVIL DOCKET FOR CASE #: 1:23–cv–00146–JAW

| | |
|---|---|
| CROSSPOINT CHURCH v. MAKIN et al | Date Filed: 03/27/2023 |
| Assigned to: JUDGE JOHN A. WOODCOCK, JR | Date Terminated: 06/05/2024 |
| Referred to: MAGISTRATE JUDGE KAREN FRINK WOLF | Jury Demand: None |
| related Cases:  1:18–cv–00327–JAW | Nature of Suit: 950 Constitutional – State Statute |
|                 2:23–cv–00246–JAW | Jurisdiction: Federal Question |
| Cause: 28:1983 Civil Rights | |

**Plaintiff**

**CROSSPOINT CHURCH**                    represented by     **DAVID J. HACKER**
FIRST LIBERTY INSTITUTE
2001 W. PLANO PARKWAY
SUITE 1600
PLANO, TX 75075
972–941–4444
Email: dhacker@firstliberty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**JEFFREY C. MATEER**
FIRST LIBERTY INSTITUTE
2001 W. PLANO PARKWAY
SUITE 1600
PLANO, TX 75075
972–941–4444
Email: jmateer@firstliberty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**LEA E. PATTERSON**
FIRST LIBERTY INSTITUTE
2001 W. PLANO PARKWAY
SUITE 1600
PLANO, TX 75075
972–941–4444
Email: lepatterson@firstliberty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**PATRICK N. STRAWBRIDGE**
CONSOVOY MCCARTHY PLLC
TEN POST OFFICE SQUARE
8TH FLOOR SOUTH PMB 706

BOSTON, MA 02109
617–227–0548
Email: patrick@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TIFFANY H. BATES**
CONSOVOY MCCARTHY PLLC
1600 WILSON BLVD
SUITE 700
ARLINGTON, VA 22209
703–243–9423
Email: tiffany@consovoymccarthy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**COURTNEY A. JONES**
FIRST LIBERTY INSTITUTE
2001 W. PLANO PARKWAY
SUITE 1600
PLANO, TX 75075
972–941–4000
Email: cjones@firstliberty.org
*TERMINATED: 05/31/2023*
*PRO HAC VICE*

**KEISHA T. RUSSELL**
FIRST LIBERTY INSTITUTE
2001 W. PLANO PARKWAY
SUITE 1600
PLANO, TX 75075
972–941–4444
Fax: 972–941–4457
Email: krussell@firstliberty.org
*TERMINATED: 08/08/2023*
*PRO HAC VICE*

V.

**Defendant**

**A PENDER MAKIN**
*In her official capacity as Commissioner*
*of the Maine Department of Education*

represented by **CHRISTOPHER C. TAUB**
OFFICE OF THE ATTORNEY
GENERAL
STATE HOUSE STATION 6
AUGUSTA, ME 04333–0006
207–626–8800
Email: Christopher.C.Taub@maine.gov
*ATTORNEY TO BE NOTICED*

**SARAH A. FORSTER**

OFFICE OF THE ATTORNEY
GENERAL
SIX STATE HOUSE STATION
AUGUSTA, ME 04333–0006
207–626–8866
Email: sarah.forster@maine.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**JEFFERSON ASHBY**
*In his official capacity as Commissioner*
*of the Maine Human Rights Commission*

represented by **CHRISTOPHER C. TAUB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH A. FORSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EDWARD DAVID**
*In his official capacity as Commissioner*
*of the Maine Human Rights Commission*

represented by **CHRISTOPHER C. TAUB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH A. FORSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JULIE ANN O'BRIEN**
*In his official capacity as Commissioner*
*of the Maine Human Rights Commission*

represented by **CHRISTOPHER C. TAUB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH A. FORSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARK WALKER**
*In his official capacity as Commissioner*
*of the Maine Human Rights Commission*

represented by **CHRISTOPHER C. TAUB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH A. FORSTER**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS DOUGLAS**
*In his official capacity as Commissioner*
*of the Maine Human Rights Commission*

represented by **CHRISTOPHER C. TAUB**
(See above for address)
*ATTORNEY TO BE NOTICED*

**SARAH A. FORSTER**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN CIVIL LIBERTIES**
**UNION OF MAINE**

represented by  **ANAHITA SOTOOHI**
AMERICAN CIVIL LIBERTIES UNION
OF MAINE
P.O. BOX 7860
PORTLAND, ME 04112
860–302–2427
Email: asotoohi@aclumaine.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAROL GARVAN**
AMERICAN CIVIL LIBERTIES UNION
OF MAINE
PO BOX 7860
PORTLAND, ME 04112
207–619–8687
Email: cgarvan@aclumaine.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL MACH**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DC
915 15TH ST NW STE 600
WASHINGTON, DC 20005
202–675–2330
Email: dmach@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**HEATHER L. WEAVER**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DC
915 15TH ST NW STE 600
WASHINGTON, DC 20005
202–675–2330
Email: hweaver@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ZACHARY L. HEIDEN**
AMERICAN CIVIL LIBERTIES UNION
OF MAINE
PO BOX 7860
PORTLAND, ME 04112
207–774–5444

Fax: 207–774–1103
Email: zheiden@aclumaine.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**AMERICAN CIVIL LIBERTIES UNION**

represented by

**ANAHITA SOTOOHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CAROL GARVAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**DANIEL MACH**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**HEATHER L. WEAVER**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ZACHARY L. HEIDEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/27/2023 | 1 | | COMPLAINT against JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER **PAYMENT OF FILING FEE DUE WITHIN 48 HOURS. IF FILING FEE IS BEING PAID WITH A CREDIT CARD COUNSEL ARE INSTRUCTED TO LOGIN TO CMECF AND DOCKET** *Case Opening Filing Fee Paid* **FOUND IN THE** *Complaints and Other Initiating Documents* **CATEGORY. CHECK PAYMENTS DUE WITHIN 48 HOURS.**, filed by CROSSPOINT CHURCH. (Service of Process Deadline 6/26/2023) Fee due by 3/29/2023. (jgd) (Entered: 03/27/2023) |
| 03/27/2023 | 2 | | CIVIL COVER SHEET. (jgd) (Entered: 03/27/2023) |
| 03/27/2023 | 3 | | CORPORATE DISCLOSURE STATEMENT by CROSSPOINT CHURCH. (jgd) (Entered: 03/27/2023) |
| 03/27/2023 | 4 | | |

| | | | |
|---|---|---|---|
| | | | Summons Issued as to JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER.<br><br>**Counsel shall print the embossed summons and effect service in the manner in accordance with Fed.R.Civ.P.4.**<br><br>**Note–If you are using Version 6 of Adobe Acrobat, be sure the PRINT WHAT field is set to DOCUMENTS AND COMMENTS (Click File, then Print to check this setting).**<br><br>(Attachments: # 1 Summons– Jefferson Ashby, # 2 Summons– Edward David, # 3 Summons– Julie Ann O'Brien, # 4 Summons– Mark Walker, # 5 Summons– Thomas Douglas) (jgd) (Entered: 03/27/2023) |
| 03/27/2023 | 5 | | MOTION for Preliminary Injunction by CROSSPOINT CHURCH Responses due by 4/17/2023. (Attachments: # 1 Exhibit Ex. A – BCS Handbook, # 2 Exhibit Ex. B – BCS Teacher Contract, # 3 Exhibit Ex. C – BCS Staff Contract)(STRAWBRIDGE, PATRICK) (Entered: 03/27/2023) |
| 03/27/2023 | 6 | | CERTIFICATION for Admission Pro Hac Vice of Tiffany H. Bates filed by PATRICK N. STRAWBRIDGE on behalf of CROSSPOINT CHURCH (Total admission fee $ 100 receipt number AMEDC–2778375.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (STRAWBRIDGE, PATRICK) (Entered: 03/27/2023) |
| 03/27/2023 | 7 | | CERTIFICATION for Admission Pro Hac Vice of Jeffrey C. Mateer filed by PATRICK N. STRAWBRIDGE on behalf of CROSSPOINT CHURCH (Total admission fee $ 100 receipt number AMEDC–2778381.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (Attachments: # 1 Appendix Addendum– Other Admissions)(STRAWBRIDGE, PATRICK) (Entered: 03/27/2023) |
| 03/27/2023 | 8 | | CERTIFICATION for Admission Pro Hac Vice of David J. Hacker filed by PATRICK N. STRAWBRIDGE on behalf of CROSSPOINT CHURCH (Total admission fee $ 100 receipt number AMEDC–2778384.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (Attachments: # 1 Appendix Addendum– Other Admissions)(STRAWBRIDGE, PATRICK) (Entered: 03/27/2023) |
| 03/27/2023 | 9 | | CERTIFICATION for Admission Pro Hac Vice of Lea E. Patterson filed by PATRICK N. STRAWBRIDGE on behalf of CROSSPOINT CHURCH (Total admission fee $ 100 receipt number AMEDC–2778387.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (Attachments: # 1 Appendix Addendum– Other Admissions)(STRAWBRIDGE, PATRICK) (Entered: 03/27/2023) |

| 03/27/2023 | <u>10</u> | | CERTIFICATION for Admission Pro Hac Vice of Keisha T. Russell filed by PATRICK N. STRAWBRIDGE on behalf of CROSSPOINT CHURCH (Total admission fee $ 100 receipt number AMEDC–2778388.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (Attachments: # <u>1</u> Appendix Addendum– Other Admissions)(STRAWBRIDGE, PATRICK) (Entered: 03/27/2023) |
| 03/27/2023 | <u>11</u> | | CERTIFICATION for Admission Pro Hac Vice of Courtney A. Jones filed by PATRICK N. STRAWBRIDGE on behalf of CROSSPOINT CHURCH (Total admission fee $ 100 receipt number AMEDC–2778389.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (STRAWBRIDGE, PATRICK) (Entered: 03/27/2023) |
| 03/30/2023 | | | Filing Fee Paid via Credit Card ( Filing fee $ 402 receipt number AMEDC–2779683.), filed by CROSSPOINT CHURCH.(STRAWBRIDGE, PATRICK) (Entered: 03/30/2023) |
| 04/05/2023 | <u>12</u> | | Consent MOTION to Extend Time *to April 28, 2023 to respond to Preliminary Injunction motion*, Consent MOTION to Extend Time to File Answer *to May 12, 2023* ( Responses due by 4/26/2023.) by JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER (TAUB, CHRISTOPHER) (Entered: 04/05/2023) |
| 04/06/2023 | 13 | | ORDER granting <u>12</u> Motion to Extend Time. Defendants shall answer or otherwise respond to Plaintiff's Complaint by 5/12/2023 and shall respond to Plaintiff's Motion for Preliminary injunction by 4/28/2023. BY MAGISTRATE JUDGE KAREN FRINK WOLF. (WOLF, KAREN) (Entered: 04/06/2023) |
| 04/06/2023 | | | Set Answer Deadline for JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER per order #13: Answer due by 5/12/2023. (jad) (Entered: 04/06/2023) |
| 04/06/2023 | | | reset Deadlines as to <u>5</u> MOTION for Preliminary Injunction per order #13: Responses due by 4/28/2023. (jad) (Entered: 04/06/2023) |
| 04/28/2023 | <u>14</u> | | RESPONSE to Motion re <u>5</u> MOTION for Preliminary Injunction filed by JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER. Reply due by 5/12/2023. (Attachments: # <u>1</u> Exhibit – 1 (LD 1833), # <u>2</u> Exhibit – 2 (LD 1688), # <u>3</u> Exhibit – 3 (Testimony on LD 1688), # <u>4</u> Exhibit – 4 (Benjamin Deposition))(TAUB, CHRISTOPHER) (Entered: 04/28/2023) |
| 04/28/2023 | <u>15</u> | | AFFIDAVIT of Megan Welter re <u>14</u> Response to Motion, filed by JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER. (TAUB, CHRISTOPHER) (Entered: 04/28/2023) |
| 04/28/2023 | <u>16</u> | | Consent MOTION for Leave to File *Amici Curiae Brief* by American Civil Liberties Union of Maine, American Civil Liberties Union Responses due by 5/19/2023. (Attachments: # <u>1</u> Proposed Amici Curiae Brief)(HEIDEN, |

| | | | |
|---|---|---|---|
| | | | ZACHARY) (Entered: 04/28/2023) |
| 04/28/2023 | 17 | | CERTIFICATION for Admission Pro Hac Vice of Heather Weaver filed by ZACHARY L. HEIDEN on behalf of American Civil Liberties Union, American Civil Liberties Union of Maine (Total admission fee $ 100 receipt number AMEDC–2792257.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (Attachments: # 1 list of court admissions)(HEIDEN, ZACHARY) (Entered: 04/28/2023) |
| 04/28/2023 | 18 | | CERTIFICATION for Admission Pro Hac Vice of Daniel Mach filed by ZACHARY L. HEIDEN on behalf of American Civil Liberties Union, American Civil Liberties Union of Maine (Total admission fee $ 100 receipt number AMEDC–2792259.) The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov (Attachments: # 1 list of court admissions)(HEIDEN, ZACHARY) (Entered: 04/28/2023) |
| 05/01/2023 | 19 | | ORDER granting 16 Motion for Leave to File Amici Curiae Brief By JUDGE JOHN A. WOODCOCK, JR. (jad) (Entered: 05/01/2023) |
| 05/02/2023 | 20 | | BRIEF *Amici Curiae in Opposition to Plaintiff's Motion for Preliminary Injunction* by AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION OF MAINE. (HEIDEN, ZACHARY) (Entered: 05/02/2023) |
| 05/12/2023 | 21 | | REPLY to Response to Motion re 5 MOTION for Preliminary Injunction filed by CROSSPOINT CHURCH. (STRAWBRIDGE, PATRICK) (Entered: 05/12/2023) |
| 05/12/2023 | 22 | | ADDITIONAL ATTACHMENTS filed by CROSSPOINT CHURCH re 21 Reply to Response to Motion . Main Document: Exhibit D. (STRAWBRIDGE, PATRICK) (Entered: 05/12/2023) |
| 05/12/2023 | 23 | | ANSWER to 1 Complaint,, by JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER.(TAUB, CHRISTOPHER) (Entered: 05/12/2023) |
| 05/15/2023 | 24 | | SCHEDULING ORDER: Discovery due by 10/2/2023. Written Notice of Intent to File Summary Judgment Motion and Request for Pre–Filing Conference due by 10/10/2023. Motions due by 10/23/2023. Ready for Trial on 1/2/2024. By MAGISTRATE JUDGE KAREN FRINK WOLF. (jad) (Entered: 05/15/2023) |
| 05/23/2023 | 25 | | NOTICE of Appearance by SARAH A. FORSTER on behalf of All Defendants (FORSTER, SARAH) (Entered: 05/23/2023) |
| 05/30/2023 | 26 | | MOTION by Attorney Courtney A. Jones to Withdraw as Attorney by CROSSPOINT CHURCH Responses due by 6/20/2023. (JONES, COURTNEY) (Entered: 05/30/2023) |
| 05/31/2023 | 27 | | ORDER granting 26 Motion to Withdraw as Attorney. By MAGISTRATE JUDGE KAREN FRINK WOLF. (WOLF, KAREN) (Entered: 05/31/2023) |

| 06/20/2023 | 28 | | NOTICE/CORRESPONDENCE Re: Enactment of Maine Pub. L. 2023 ch. 188 by All Defendants (Attachments: # 1 Exhibit – A (Maine Pub. L. 2023, ch. 188))(TAUB, CHRISTOPHER) (Entered: 06/20/2023) |
|---|---|---|---|
| 06/27/2023 | 29 | | NOTICE/CORRESPONDENCE Re: Enactment of Maine Pub. L. 2023 ch. 188 by All Plaintiffs (STRAWBRIDGE, PATRICK) (Entered: 06/27/2023) |
| 08/08/2023 | 30 | | MOTION by Attorney Keisha Russell to Withdraw as Attorney by CROSSPOINT CHURCH Responses due by 8/29/2023. (RUSSELL, KEISHA) (Entered: 08/08/2023) |
| 08/08/2023 | 31 | | ORDER granting 30 Motion to Withdraw as Attorney. By MAGISTRATE JUDGE KAREN FRINK WOLF. (WOLF, KAREN) (Entered: 08/08/2023) |
| 09/14/2023 | 32 | | Joint MOTION to Amend Scheduling Order *to Extend Discovery Deadlines* by CROSSPOINT CHURCH Responses due by 10/5/2023. (STRAWBRIDGE, PATRICK) (Entered: 09/14/2023) |
| 09/14/2023 | 33 | | ORDER granting 32 Motion to Amend Scheduling Order. Plaintiff shall make a written settlement by November 17, 2023, and Defendants shall respond in writing by December 1, 2023. Discovery shall be completed by December 1, 2023. Any notice of intent to file a summary judgment motion and request for pre-filing conference shall be filed by December 8, 2023. Dispositive motions and Daubert/Kumho motions shall be filed by December 22, 2023. The case shall be ready for trial on March 5, 2024. By MAGISTRATE JUDGE KAREN FRINK WOLF. (WOLF, KAREN) (Entered: 09/14/2023) |
| 09/14/2023 | | | Reset Scheduling Order Deadlines – per Order No. 33: Discovery due by 12/1/2023. Written Notice of Intent to File Summary Judgment Motion and Request for Pre–Filing Conference by 12/8/2023. Motions due by 12/22/2023. Ready for Trial on 3/5/2024. (jad) (Entered: 09/14/2023) |
| 11/17/2023 | 34 | | Joint MOTION to Amend Scheduling Order *to Extend Discovery Deadlines* by CROSSPOINT CHURCH Responses due by 12/8/2023. (STRAWBRIDGE, PATRICK) (Entered: 11/17/2023) |
| 11/17/2023 | 35 | | ORDER granting 34 Motion to Amend Scheduling Order. Plaintiff shall serve a written settlement demand by January 16, 2024 and Defendants shall respond in writing by January 30, 2024. Discovery shall be completed by January 30, 2024. Any notice of intent to file a summary judgment motion and request for pre–filing conference shall be filed by February 6, 2024. Dispositive motions and Daubert/Kumho motions shall be filed by February 20, 2024. The case shall be ready for trial on May 7, 2024. By MAGISTRATE JUDGE KAREN FRINK WOLF. (WOLF, KAREN) (Entered: 11/17/2023) |
| 11/17/2023 | | | Reset Scheduling Order Deadlines – per Order No. 35: Discovery due by 1/30/2024. Written Notice of Intent to File Summary Judgment Motion and Request for Pre–Filing Conference due by 2/6/2024. Motions due by 2/20/2024. Ready for Trial on 5/7/2024. (jad) (Entered: 11/17/2023) |
| 01/12/2024 | 36 | | Joint MOTION to Amend Scheduling Order *to Extend Discovery Deadlines* by CROSSPOINT CHURCH Responses due by 2/2/2024. (STRAWBRIDGE, PATRICK) (Entered: 01/12/2024) |
| 01/22/2024 | 37 | | NOTICE of Hearing: Conference of Counsel set for 1/25/2024 11:00 AM via Zoom before MAGISTRATE JUDGE KAREN FRINK WOLF. On 1/22/2024, |

| | | | |
|---|---|---|---|
| | | | the Zoom information was sent via email to the parties.(lcb) (Entered: 01/22/2024) |
| 01/25/2024 | 38 | | Minute Entry for proceedings held before MAGISTRATE JUDGE KAREN FRINK WOLF: Conference of Counsel held. Order to follow. (Court Reporter: Tammy Martell) (MGW) (Entered: 01/25/2024) |
| 01/25/2024 | 39 | | ORDER. With the parties' agreement, the scheduling order deadlines are hereby STAYED pending resolution of the motion for a preliminary injunction (ECF No. 5). A new scheduling order will issue after a decision on the motion for a preliminary injunction is entered. By MAGISTRATE JUDGE KAREN FRINK WOLF. (MGW) (Entered: 01/25/2024) |
| 01/25/2024 | 40 | | ORDER mooting 36 Motion to Amend Scheduling Order. By MAGISTRATE JUDGE KAREN FRINK WOLF. (MGW) (Entered: 01/25/2024) |
| 02/27/2024 | 41 | | ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION denying 5 Motion for Preliminary Injunction By JUDGE JOHN A. WOODCOCK, JR. (CCS) (Entered: 02/27/2024) |
| 02/27/2024 | 42 | | SCHEDULING ORDER: Discovery due by 7/16/2024. Written Notice of Intent to File Summary Judgment Motion and Request for Pre–Filing Conference due by 7/23/2024. Motions due by 8/6/2024. Ready for Trial on 10/1/2024. By MAGISTRATE JUDGE KAREN FRINK WOLF. (jad) (Entered: 02/27/2024) |
| 03/28/2024 | 43 | | Joint Motion Convert Order on Preliminary Injunction into Order on Permanent Injunction by CROSSPOINT CHURCH Responses due by 4/18/2024. (STRAWBRIDGE, PATRICK) Modified on 3/29/2024 to clarify motion text (jam). Added MOTION for Judgment on 3/29/2024 (jam). (Entered: 03/28/2024) |
| 03/28/2024 | 44 | | STIPULATION *of Facts* by CROSSPOINT CHURCH. (Attachments: # 1 Exhibit Sneirson Testimony, # 2 Exhibit BCS Admission Application, # 3 Exhibit BCS Student Handbook, # 4 Exhibit Faculty Contract, # 5 Exhibit Teacher Contract, # 6 Exhibit Benjamin Deposition, # 7 Exhibit Boone Deposition, # 8 Exhibit LD 182 Legislative History, # 9 Exhibit Hasson Interrogatories, # 10 Exhibit Cardigan Mountain School Correspondence, # 11 Exhibit Frey Statement June 21, 2022, # 12 Exhibit Frey Statement Dec. 8, 2021, # 13 Exhibit Fecteau Tweet)(STRAWBRIDGE, PATRICK) (Entered: 03/28/2024) |
| 04/01/2024 | 45 | | ORDER ON JOINT MOTION TO CONVERT ORDER ON PRELIMINARY INJUNCTION INTO ORDER ON PERMANENT INJUNCTION AND ENTER FINAL JUDGMENT By JUDGE JOHN A. WOODCOCK, JR. (jam) (Entered: 04/01/2024) |
| 04/01/2024 | | | Set Deadlines per Order No. 45: Counsel's Response to order due by 4/8/2024. (jam) (Entered: 04/01/2024) |
| 04/09/2024 | 46 | | NOTICE of Hearing: Telephone Conference set for 4/22/2024 11:00 AM before JUDGE JOHN A. WOODCOCK JR. All participants will be provided with the Court's call–in information.(slg) (Entered: 04/09/2024) |
| 04/22/2024 | 47 | | Minute Entry for proceedings held before JUDGE JOHN A. WOODCOCK, JR: Telephone Conference held, Set Deadlines( Response to Order No. 45 due by 4/29/2024.). (Court Reporter: Michelle Feliccitti) (jam) (Entered: 04/22/2024) |

| | | | |
|---|---|---|---|
| 04/24/2024 | 48 | | Joint MOTION Response to Court's Order on Joint Motion to Convert Order on Preliminary Injunction into Order on Permanent Injunction and Enter Final Judgment by JEFFERSON ASHBY, EDWARD DAVID, THOMAS DOUGLAS, A PENDER MAKIN, JULIE ANN O'BRIEN, MARK WALKER Responses due by 5/15/2024. (TAUB, CHRISTOPHER) (Entered: 04/24/2024) |
| 06/04/2024 | 49 | | ORDER ON JOINT MOTION TO CONVERT ORDER ON PRELIMINARY INJUNCTION INTO ORDER ON PERMANENT INJUNCTION AND ENTER FINAL JUDGMENT granting 43 Motion to Convert Order on Preliminary Injunction Into Order on Permanent Injunction and Enter Final Judgment ; granting 48 Motion in Response to Court's Order on Joint Motion to Convert Order on Preliminary Injunction Into Order on Permanent Injunction and Enter Final Judgment By JUDGE JOHN A. WOODCOCK, JR. (CCS) (Entered: 06/04/2024) |
| 06/05/2024 | 50 | | JUDGMENT By DEPUTY CLERK: Joanne McCue. (jam) (Entered: 06/05/2024) |
| 06/21/2024 | 51 | | NOTICE OF APPEAL by CROSSPOINT CHURCH . ( Filing fee $ 605 receipt number AMEDC–2969975.)<br><br>**NOTICE TO FILER:** A transcript Report/Order form **MUST** be completed and submitted to the First Circuit Court of Appeals. The form can be found under the Forms & Fees section on their website at https://www.ca1.uscourts.gov.<br><br>**NOTICE TO COUNSEL:** Counsel should register for a First Circuit CM/ECF Appellate Filer Account at https://pacer.psc.uscourts.gov. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at https://www.ca1.uscourts.gov/cmecf (STRAWBRIDGE, PATRICK) (Entered: 06/21/2024) |
| 06/21/2024 | | | COPIES of Notice of Appeal Sent to Counsel Re: 51 Notice of Appeal,,, filed by CROSSPOINT CHURCH. (jam) (Entered: 06/21/2024) |
| 06/21/2024 | 52 | | APPEAL COVER SHEET Re: 51 Notice of Appeal (jam) (Entered: 06/21/2024) |
| 06/21/2024 | 53 | | CLERK'S CERTIFICATE Re: 51 Notice of Appeal Documents sent to the U.S. Court of Appeals. (jam) (Entered: 06/21/2024) |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## APPEAL COVER SHEET

| D.C. # 1:23-cv-00146-JAW | C.C.A. # |
|---|---|
| CASE TITLE: CROSSPOINT CHURCH v. MAKIN et al | |

| | |
|---|---|
| Name of Counsel for Appellant(s): | PATRICK N. STRAWBRIDGE, ESQ.<br>DAVID J. HACKER, ESQ.<br>JEFFREY C. MATEER, ESQ.<br>LEA E. PATTERSON, ESQ.<br>TIFFANY H. BATES, ESQ.<br>COURTNEY A. JONES, ESQ.<br>KEISHA T. RUSSELL, ESQ. |
| Name of Counsel for Appellee(s): | CHRISTOPHER C. TAUB, ESQ.<br>SARAH A. FORSTER, ESQ. |
| Name of Judge: | JOHN A. WOODCOCK, JR. |
| Court Reporter(s) & Dates: | 1/25/2024 Tammy Martell<br>4/22/2024 Michelle Feliccitti |
| Transcript Ordered? | ☐ Yes ☒ No |
| Court Appointed Counsel? | ☐ Yes ☒ No |
| Fee Paid? | ☒ Yes ☐ No |
| In Forma Pauperis? | ☐ Yes ☒ No |
| Motions Pending? | ☐ Yes ☒ No |
| Guidelines Case? | ☐ Yes ☒ No |
| Related Case on Appeal? | ☐ Yes ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CROSSPOINT CHURCH              )
                               )
v.                             )    CIVIL NO.  1:23-cv-00146-JAW
                               )
A PENDER MAKIN, et al.         )

## <u>CLERK'S CIVIL CERTIFICATE</u>

I, Christa K. Berry, Clerk of the United States District Court for the District of Maine,

hereby certify that the following are hereby electronically transmitted to the First Circuit

Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:    52    Appeal Cover Sheet
                       53    Clerk's Certificate
                       51    Notice of Appeal
                       50    Judgment
                       49    Order

I hereby certify that the record and docket sheet available through ECF to be the

certified record and docket entries. All non-electronic documents of record have been

forwarded this date with a copy of this Certificate.

Non-Electronic Documents:

Dated *June 21, 2024.*

                            CHRISTA K. BERRY, Clerk

                       By:  _____/s/ Joanne McCue_____
                            Case Manager

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Crosspoint Church, | |
| Plaintiff, | |
| v. | Civil Action No. 1:23-cv-00146-JAW |
| A. Pender Makin, in her official capacity as Commissioner of the Maine Department of Education, et al., | |
| Defendants. | |

---

## NOTICE OF APPEAL

---

Plaintiff Crosspoint Church now appeals to the United States Court of Appeals for the First Circuit this Court's Order on the Joint Motion to Convert Order on Preliminary Injunction and Enter Final Judgment (ECF 49) and Judgment for Defendants and against Plaintiff (ECF 50) entered in this action on June 4, 2024.

Date: June 21, 2024

Respectfully submitted,

*/s/ Patrick Strawbridge*
Patrick Strawbridge (Bar No. 10024)
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South MPB 706
Boston, MA 02109
Tel: (617) 227-0548
patrick@consovoymccarthy.com

1

Tiffany H. Bates*
Consovoy McCarthy PLLC
1600 Wilson Blvd.
Ste. 700
Arlington, VA 22209
Tel: (703) 243-9423
tiffany@consovoymccarthy.com

Jeffrey C. Mateer*
David J. Hacker*
Lea E. Patterson*
First Liberty Institute
2001 W. Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-4444
Fax: (972) 941-54457
jmateer@firstliberty.org
dhacker@firstliberty.org
lepatterson@firstliberty.org

*Admitted *pro hac vice*

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 21, 2024, a true and correct copy of this notice of appeal was

filed and served on the following counsel of record using the Court's CM/ECF system:

Christopher C. Taub
Office of the Attorney General
State House Station 6
Augusta, ME 04333-0006
Tel: (207) 626-8800
Email: Christopher.C.Taub@Maine.gov

Sarah A. Forster
Office of the Attorney General
State House Station 6
Augusta, ME 04333-0006
Tel: (207) 626-8866
Email: Sarah.Forster@Maine.gov

*Attorneys for Defendants*

Anahita Sotoohi
American Civil Liberties Union of Maine
P.O. Box 7860
Portland, ME 04112
Tel: (860) 302-2427
Email: ASotoohi@ACLUMaine.org

Carol Garvan
American Civil Liberties Union of Maine
P.O. Box 7860
Portland, ME 04112
Tel: (207) 6198687
Email: CGarvan@ACLUMaine.org

Daniel Mach
American Civil Liberties Union Foundation DC
915 15th Street NW, Ste. 600
Washington, DC 20005
Tel: (202) 675-2330
Email: DMach@ACLU.org

Heather L. Weaver
American Civil Liberties Union Foundation DC
915 15th Street NW, Ste. 600
Washington, DC 20005

3

Tel: (202) 675-2330
Email: HWeaver@ACLU.org

Zachary L. Heiden
American Civil Liberties Union of Maine
P.O. Box 7860
Portland, ME 04112
Tel: (207) 774-5444
Email: ZHeiden@ACLUMaine.org

*Attorneys for Amicus Curiae*

Respectfully submitted,

*/s/ Patrick Strawbridge*
Patrick Strawbridge (Bar No. 10024)
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South MPB 706
Boston, MA 02109
Tel: (617) 227-0548
patrick@consovoymccarthy.com

4

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CROSSPOINT CHURCH          )
                           )
Plaintiff,                 )
                           )
v.                         )     CIVIL NO. 1:23-cv-00146-JAW
                           )
A. PENDER MAKIN, et al.    )
                           )
Defendants.                )

## JUDGMENT

In accordance with the Order on Joint Motion to Convert Order on Preliminary

Injunction into Order on Permanent Injunction and Enter Final Judgment entered by U.S.

District Judge John A. Woodcock, Jr. on June 4, 2024,

JUDGMENT is hereby entered for all Defendants and against Plaintiff,

Crosspoint Church.



CHRISTA K. BERRY
CLERK



By:     /s/ Joanne McCue
        Deputy Clerk


Dated: June 5, 2024

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CROSSPOINT CHURCH,               )
                                 )
            Plaintiff,           )
                                 )
    v.                           )        No. 1:23-cv-00146-JAW
                                 )
A. PENDER MAKIN, in her          )
official capacity as Commissioner of )
the Maine Department of Education, )
et al.,                          )
                                 )
            Defendants.          )

**ORDER ON JOINT MOTION TO CONVERT ORDER ON PRELIMINARY
INJUNCTION INTO ORDER ON PERMANENT INJUNCTION AND ENTER
FINAL JUDGMENT**

Determining that the small amount of additional evidence submitted by the

parties does not alter the reasoning behind the Court's denial of the plaintiff's motion

for preliminary injunction, the Court grants the parties' joint motion to convert the

order on preliminary injunction into an order on permanent injunction and enters

final judgment in favor of the defendants.

**I.    PROCEDURAL BACKGROUND**

On March 27, 2023, Crosspoint Church filed a three-count complaint against

A. Pender Makin, in her official capacity as Commissioner of the Maine Department

of Education, and Jefferson Ashby, Edward David, Julie Ann O'Brien, Mark Walker,

and Thomas Douglas, in their official capacities as Commissioners of the Maine

Human Rights Commission, alleging that certain provisions of the Maine Human

Rights Act (MHRA) effectively exclude it from approval for Maine's school tuitioning

program in violation of the Free Exercise, Establishment, and Free Speech Clauses of the U.S. Constitution. *Compl.* (ECF No. 1). That same day, Crosspoint filed a motion for preliminary injunction to enjoin the Defendants from enforcing the provisions of Maine law that allegedly exclude it from the tuitioning program. *Pl.'s Mot. for Prelim. Inj.* (ECF No. 5).

On February 27, 2024, the Court denied Crosspoint's motion for preliminary injunction in a forty-seven-page order. *Order on Pl.'s Mot. for Prelim. Inj.* (ECF No. 41) (*Order on Prelim. Inj.*). Despite denying Crosspoint's motion, the Court acknowledged that Crosspoint "is raising important legal questions." *Id.* at 46. In recognition of these "novel constitutional questions," the Court "attempted to frame its opinion as a prelude to a challenge to the Court of Appeals for the First Circuit for a more authoritative ruling." *Id.*

On March 28, 2024, the parties filed a joint motion asking the Court to "convert its Order on Plaintiff's Motion for Preliminary Injunction into an Order on Permanent Injunction and enter final judgment to facilitate prompt and efficient appellate review." *Jt. Mot. to Convert Order on Prelim. Inj. Into Order on Permanent Inj. and Enter Final J.* (ECF No. 43) (*Jt. Mot. for Order on Permanent Inj.*). That same day, the parties submitted a joint stipulation of facts, with thirteen attachments, to be included as part of the record for appellate review. *Jt. Stipulated Facts* (ECF No. 44).

On April 1, 2024, the Court issued an order on the parties' joint motion, in which the Court expressed concern that new materials not previously before the Court were included in the parties' joint stipulation of facts. *Order on Jt. Mot. to*

*Convert Order on Prelim. Inj. Into Order on Permanent Inj. and Enter Final J.* at 2 (ECF No. 45) (*Order on Jt. Mot.*). The Court further explained that it did not believe it could convert its order on preliminary injunction into an order on permanent injunction without referring to the new record and considering the new evidence offered by the parties. *Id.* at 2-3. To resolve this issue, the Court sought counsels' advice on how to proceed. *Id.* at 3.

To this end, on April 22, 2024, the Court held a telephonic conference of counsel. *Min. Entry* (ECF No. 47). During this conference, the Court instructed the parties to file a motion explaining why they added new materials to the joint stipulation of facts and whether they believed this additional evidence would impact the reasoning in the Court's order on preliminary injunction.

On April 24, 2024, the parties submitted a motion responding to the Court's queries. *Jt. Mot. in Resp. to Ct.'s Order on Jt. Mot. to Convert Order on Prelim. Inj. Into Order on Permanent Inj. and Enter Final J.* (ECF No. 48) (*Jt. Mot. in Resp. to Ct.'s Order*). In this motion, the parties acknowledged that some evidence in the joint stipulation of facts was not before the Court when it issued its order on Crosspoint's motion for preliminary injunction, but they represented this evidence was part of the record in *Carson v. Makin*. *Id.* at 1. The parties described the new evidence as "background information that will not materially impact the Court's thorough legal analysis or its ruling on the preliminary injunction motion." *Id.* The parties further clarified they were seeking "to ensure that all potentially relevant evidence is

3

included in the record" "to ensure full appellate review and avoid possible remand." *Id.* at 2.

## II.    DISCUSSION

### A.    The Newly Stipulated Evidence

In its previous order, the Court referenced three attachments to the parties' joint stipulation of facts that were not before the Court when it was considering Crosspoint's motion for preliminary injunction: 1) Bangor Christian Schools' (BCS) application for admission, *Jt. Stipulated Facts*, Attach. 2; 2) the interrogatory answers of Robert G. Hasson, Jr., former Commissioner of the Maine Department of Education, *id.*, Attach. 9; and 3) correspondence between the Maine Department of Education and Cardigan Mountain School.  *Id.*, Attach. 10.  Having analyzed each newly filed attachment, the Court determines they do not alter the reasoning in its order on Crosspoint's motion for preliminary injunction.

#### 1.    Bangor Christian Schools' Application for Admission

BCS's application for admission does not affect the Court's reasoning because the Court's order on Crosspoint's motion for preliminary injunction accounted for BCS's admissions policy and criteria.  *See Order on Prelim. Inj.* at 10-11.  The application primarily seeks demographic information about the prospective enrollee and their family, including religious affiliation. *Jt. Stipulated Facts*, Attach. 2, *BCS Admission Application*.  Additionally, both the prospective student and a parent or guardian must affirm they "have read and understand the entire contents of the Student/Parent Handbook, and [] are willing to abide by all of the principles stated

4

therein . . . [and] understand that the school may request withdrawal at any time, if in the opinion of the school, [the] child does not fit into the spirit of the institution." *Id.*

In its order on Crosspoint's motion for preliminary injunction, the Court, in concluding the challenged provisions of the MHRA burdened Crosspoint's religious exercise, discussed BCS's requirement that students comply with its statement of faith. *Order on Prelim. Inj.* at 29-32. As the relevant portions of BCS's application for admission merely provide cumulative evidence on this point, the Court concludes the application does not alter its previous order.

### 2.    The Hasson Interrogatory Answers

The Hasson interrogatory answers likewise do not affect the reasoning behind the Court's denial of preliminary injunction because they primarily relate to 20-A M.R.S. § 2951(2), the "sectarian exclusion" invalidated by the United States Supreme Court in *Carson v. Makin*, 142 S. Ct. 1987 (2022). Specifically, the interrogatory answers discuss how the Maine Department of Education applied 20-A M.R.S. § 2951(2) and the interests purportedly advanced by it. *Jt. Stipulated Facts*, Attach. 9, *Def. Robert G. Hasson, Jr.'s Resps. to Pls.' First Set of Interrogs*. As 20-A M.R.S. § 2951(2) is not at issue in this case, the Court agrees with the parties that the Hasson interrogatory answers constitute "background information" that does not alter the reasoning in the Court's order on preliminary injunction. *See Jt. Mot. in Resp. to Ct.'s Order* at 1-2.

### 3. The Cardigan Mountain School Correspondence

As the Cardigan Mountain School correspondence also concerns tuitioning approval under 20-A M.R.S. § 2951(2), it similarly does not change the analysis in the Court's prior order. This correspondence, from the summer and fall of 2015, is comprised of several emails between officials at Cardigan Mountain School and the Maine Department of Education. *Jt. Stipulated Facts*, Attach. 10, *Cardigan Mountain School Correspondence*. In conjunction with Cardigan Mountain School's application to participate in Maine's tuitioning program, the officials discuss the school's mandatory chapel services. *Id.* The correspondence ends with Maine Department of Education officials recommending the approval of Cardigan Mountain School for tuitioning purposes. *Id.*

In the Court's view, this correspondence, now nearly nine years old, primarily relates to 20-A M.R.S. § 2951(2). Whether students are required to attend chapel services appears to concern Cardigan Mountain School's potential status as a "sectarian" institution as opposed to its compliance with the challenged antidiscrimination provisions of the MHRA. Accordingly, the Court determines that the Cardigan Mountain School correspondence does not affect the reasoning in the Court's order on preliminary injunction.

### B. The Parties' Motion to Convert the Court's Order on Preliminary Injunction Into an Order on Permanent Injunction

Having determined that the newly submitted evidence does not alter the reasoning in the order on preliminary injunction, the Court turns to the parties' request to convert that order into an order on permanent injunction and enter final

6

judgment. "A district court can convert a preliminary injunction order into a permanent injunction order and may do so without an evidentiary hearing where, as here, the parties agree that no hearing is necessary and where a hearing would serve little purpose." *Me. Republican Party v. Dunlap*, No. 1:18-cv-00179-JDL, 2018 U.S. Dist. LEXIS 130446, at *2 (D. Me. Aug. 3, 2018) (citing *Shell Co. (P.R.) Ltd. v. Los Frailes Serv. Station, Inc.*, 605 F.3d 10, 19 n.4 (1st Cir. 2010)). "Where a plaintiff seeks permanent injunctive relief, the test is the same [as the preliminary injunction standard], except that the movant must show actual success on the merits of the claim, rather than a mere likelihood of success." *Id.* (alteration in original) (quoting *Caroline T. v. Hudson Sch. Dist.*, 915 F.2d 752, 755 (1st Cir. 1990)).

In its order on Crosspoint's motion for preliminary injunction, the Court concluded that Crosspoint "is unlikely to succeed on the merits." *Order on Prelim. Inj.* at 1. Specifically, the Court determined that "the religion, sexual orientation, and gender identity provisions of 5 M.R.S. § 4602 do not violate the Free Exercise, Establishment, or Free Speech Clauses of the U.S. Constitution" and that "Crosspoint is not entitled to a preliminary injunction on its challenge to 5 M.R.S. § 4572(1)(A) because the parties agree that Crosspoint is exempt from this provision." *Id.* at 19. Because the small amount of additional evidence submitted by the parties does not change the Court's reasoning, Crosspoint cannot now show actual success on the merits where it previously failed to show a likelihood of success.

Accordingly, since the Court agrees with the parties that there are no material factual disputes and that an evidentiary hearing is unnecessary, *see Jt. Mot. for Order*

*on Permanent Inj.* at 2, the Court adopts and restates all of the legal conclusions contained in its February 27, 2024 Order on Plaintiff's Motion for Preliminary Injunction. The Court further converts its denial of preliminary injunction into a denial of permanent injunction and enters final judgment for the Defendants.

## III. CONCLUSION

The Court GRANTS the Joint Motion in Response to Court's Order on Joint Motion to Convert Order on Preliminary Injunction Into Order on Permanent Injunction and Enter Final Judgment (ECF No. 48), considers the additional evidence submitted in the joint motion to convert order, and determines that the additional exhibits do not affect the merits of the Court's February 27, 2024 Order on Plaintiff's Motion for Preliminary Injunction (ECF No. 41) or the propriety of converting the order on preliminary injunction into an order on permanent injunction and appealable judgment. The Court further GRANTS the Joint Motion to Convert Order on Preliminary Injunction Into Order on Permanent Injunction and Enter Final Judgment (ECF No. 43). The Court further CONVERTS its February 27, 2024 Order on Plaintiff's Motion for Preliminary Injunction (ECF No. 41) into an Order on Permanent Injunction and ORDERS the Clerk to enter final judgment for the Defendants.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 4th day of June, 2024