# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1590            **Short Title:** Crosspoint Church v. Makin

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Crosspoint Church</u> as the

[✔] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

<u>/s/ Patrick Strawbridge</u>
Signature

<u>7/1/24</u>
Date

<u>Patrick Strawbridge</u>
Name

<u>Consovoy McCarthy PLLC</u>
Firm Name (if applicable)

<u>(617) 227-0548</u>
Telephone Number

<u>10 Post Office Sq. 8th Flr S PMB #706</u>
Address

Fax Number

<u>Boston, MA 02109</u>
City, State, Zip Code

<u>patrick@consovoymccarthy.com</u>
Email (required)

Court of Appeals Bar Number: <u>1143599</u>

Has this case or any related case previously been on appeal?

[ ] No         [✔] Yes   Court of Appeals No. <u>19-1746</u>

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).