# United States Court of Appeals
### For the First Circuit

_____

No. 24-1590

CROSSPOINT CHURCH,

Plaintiff - Appellant,

v.

A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education; JEFFERSON ASHBY, in his official capacity as Commissioner of the Maine Human Rights Commission; EDWARD DAVID, in his official capacity as Commissioner of the Maine Human Rights Commission; JULIE ANN O'BRIEN, in her official capacity as Commissioner of the Maine Human Rights Commission; MARK WALKER, in his official capacity as Commissioner of the Maine Human Rights Commission; THOMAS L. DOUGLAS, in his official capacity as Commissioner of the Maine Human Rights Commission,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: September 19, 2024
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellant Crosspoint Church on September 3, 2024, are not in compliance with the following Federal Rules of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellant's brief and appendix does not match the caption used by this court.***

- **Fed. R. App. P. 26.1 and 28(a)(1)**, requiring a Disclosure Statement in the front of the brief. ***The appellant's brief does not include a Disclosure Statement.***

Appellant Crosspoint Church is ordered to file a conforming brief and appendix by **September 26, 2024**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellees' brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick N. Strawbridge
Kelly J. Shackelford
Jeremiah Dys
Tiffany H. Bates
Camille Peeples Varone
David Jonathan Hacker
Jeffrey C. Mateer
Christopher C. Taub
Sarah A. Forster
Zachary Heiden
Daniel Mach
Carol J. Garvan
Heather L. Weaver
Anahita Sotoohi