## CORPORATE DISCLOSURE STATEMENT

Pursuant to FRAP 26.1, *amici* affirm that they have no parent corporations and issue no stock.