# United States Court of Appeals
## For the First Circuit

_____

No. 24-1590

CROSSPOINT CHURCH,

Plaintiff - Appellant,

v.

A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education; JEFFERSON ASHBY, in his official capacity as Commissioner of the Maine Human Rights Commission; EDWARD DAVID, in his official capacity as Commissioner of the Maine Human Rights Commission; JULIE ANN O'BRIEN, in her official capacity as Commissioner of the Maine Human Rights Commission; MARK WALKER, in his official capacity as Commissioner of the Maine Human Rights Commission; THOMAS L. DOUGLAS, in his official capacity as Commissioner of the Maine Human Rights Commission,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: November 4, 2024
Pursuant to 1st Cir. R. 27.0(d)

On October 31, 2024, Public Funds Public Schools, The National Education Association, The American Federation of Teachers, The National School Boards Association, American Atheists, The Council of Parent Attorneys and Advocates, Disability Rights Maine, The Freedom From Religion Foundation, In the Public Interest, The Network for Public Education, and Pastors for Children filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **November 12, 2024**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Patrick N. Strawbridge, Kelly J. Shackelford, Jeremiah Dys, Tiffany H. Bates, Camille Peeples Varone, David Jonathan Hacker, Jeffrey C. Mateer, Christopher C. Taub, Sarah A. Forster, Zachary Heiden, Daniel Mach, Carol J. Garvan, Heather L. Weaver, Anahita Sotoohi, R. Shawn Gunnarson, Christopher Bates