# United States Court of Appeals
## For the First Circuit

No. 24-1590

CROSSPOINT CHURCH,

Plaintiff, Appellant,

v.

A. PENDER MAKIN, in her official capacity as Commissioner of the Maine Department of Education; MEGAN SANDERS, in her official capacity as Commissioner of the Maine Human Rights Commission; EDWARD DAVID, in his official capacity as Commissioner of the Maine Human Rights Commission; JULIE ANN O'BRIEN, in her official capacity as Commissioner of the Maine Human Rights Commission; MARK WALKER, in his official capacity as Commissioner of the Maine Human Rights Commission; THOMAS L. DOUGLAS, in his official capacity as Commissioner of the Maine Human Rights Commission,

Defendants, Appellees.

**JUDGMENT**
Entered: July 2, 2026

This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying the motion for a permanent injunction is affirmed in part and reversed in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. No costs are allocated.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Hon. John A. Woodcock, Jennifer Lyons, Clerk, United States District Court for the District of Maine, Patrick N. Strawbridge, Kelly J. Shackelford, Jeremiah Dys, David Jonathan Hacker, Jeffrey C. Mateer, Sarah A. Forster, Louise Melling, Zachary L. Heiden, Daniel Mach, Carol J. Garvan, Heather L. Weaver, Anahita Sotoohi, Aditi Fruitwala, Michelle Fraling, R. Shawn Gunnarson, Christopher Bates, Jessica Levin, Wendy Lecker, Adam J. Hunt